UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-23945-CIV-O'SULLIVAN
[CONSENT]

HAYDEE PINEDA, and all other
similarly situated individuals,
  Plaintiff,

vs.

KLEEN 1, LLC and KLEEN 1
MAID SERVICES, LLC,
  Defendants.
_____/

### ORDER

THIS MATTER is before the Court following notice that the parties have reached a settlement. It is

ORDERED AND ADJUDGED that a fairness hearing pursuant to <u>Lynn Food Stores v. United States</u>, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Friday, January 10, 2014**, at **10:00 AM,** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement and the reasonableness of plaintiff's counsel's fees.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion. **The parties may appear by telephone by <u>jointly</u> contacting the undersigned's Chambers at the time of the hearing**. The settlement conference set for January 10, 2014 before the undersigned is CANCELLED.

DONE AND ORDERED in Chambers at Miami, Florida this **9th** day of January, 2014.

                 _____
                 JOHN J. O'SULLIVAN
                 UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record